# Third District Court of Appeal

## State of Florida

Opinion filed April 12, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-383
Lower Tribunal No. F06-33745D
_____

**Orville Wright,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Orville Wright, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.